**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

No. 96-20220
Summary Calendar

_____

TRACY BRIAN BROWN,

Plaintiff-Appellant,

versus

CO III GOODHEART ET AL.,

Defendants,

KEITH PRICE; BOARD OF DIRECTORS,
TDCJ-ID; LARRY REEVES; CRAIG S.
HENDEL; DATTLO, Safety Officer;
JOHN DOE, Asst Warden; M. W. MOORE;
MARTHA WEAR; MARGO GREEN;
JOHN DOE, Director,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-92-CV-121
_____

May 8, 1998

Before JONES, SMITH and STEWART, Circuit Judges.

PER CURIAM:[*]

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Tracy Brian Brown, Texas prisoner appeals the district court's grant of summary judgment dismissing his 42 U.S.C. § 1983 complaint, alleging unsafe working conditions and inadequate medical care.

We have reviewed the record and the briefs and AFFIRM the district court's judgment for essentially the same reasons adopted by the district court. Brown v. Goodheart, No. H-92-CV-121 (S.D. Tex. Jan. 30, 1996).

All outstanding motions are DENIED.

AFFIRMED.